UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FONG K., | Case No. 26-cv-527 (LMP/DJF) |
| Petitioner, | |
| v. | |
| DAVID EASTERWOOD, *in his official capacity as Field Office Director, Fort Snelling (St. Paul) Field Office, U.S. Immigration and Customs Enforcement*; TODD M. LYONS, *in his official capacity as Acting Director, Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*; and PAMELA JO BONDI, *in her official capacity as Attorney General of the United States*, | **ORDER DISMISSING HABEAS PETITION** |
| Respondents. | |

---

Mai Neng Moua, **Mai N. Moua Law Office, Minneapolis, MN**, for Petitioner.

Jesus Cruz Rodriguez, **United States Attorney's Office, Lawton, OK**, for Respondents.

    On January 28, 2026, Respondents filed an unopposed motion to dismiss Petitioner Fong K.'s habeas petition, ECF No. 1, asserting that the parties agree that Fong K. should be released from custody pursuant to supervised release conditions set by Immigration and Customs Enforcement. ECF No. 5.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Unopposed Motion for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice (ECF No. 5) is **GRANTED** and the Petition (ECF No. 1) is **DISMISSED** without prejudice;

2. Respondents are ordered immediately to release Fong K. subject to supervision with conditions consistent with 8 C.F.R. § 241.5; and

3. Respondents are ordered to provide a status update no later than January 29, 2026, informing the Court of its compliance with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 28, 2026　　　　　　　*s/Laura M. Provinzino*
Time: 6:35 p.m.　　　　　　　　　　　Laura M. Provinzino
　　　　　　　　　　　　　　　　　　United States District Judge