# UNITED STATES DISTRICT COURT
## District of Minnesota

Fong Khang,

Petitioner,

v.

David Easterwood, Todd M. Lyons, Kristi Noem, Pamela Jo Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-527 LMP/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Unopposed Motion for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice (ECF No. 5) is **GRANTED** and the Petition (ECF No. 1) is **DISMISSED** without prejudice;

2. Respondents are ordered immediately to release Fong K. subject to supervision with conditions consistent with 8 C.F.R. § 241.5; and

3. Respondents are ordered to provide a status update no later than January 29, 2026, informing the Court of its compliance with this Order.

Date: 1/29/2026

KATE M. FOGARTY, CLERK